IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM POWELL,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**LYNCH ET AL.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:23-cv-0875-KJM-DMC-P<br><br>**ORDER** |

　　　Defendants Moreira and Lively filed an Ex Parte Application for an Extension of Time to File and Serve a Responsive Pleading.  Having read and considered the Application and its attachments, good cause exists to grant it.  The deadline for Defendants Moreira and Lively to file and serve a responsive pleading is hereby extended to March 8, 2024.

　　　Dated:  February 14, 2024

　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1