1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ADAM RANDOLPH POWELL,                    No.  2:23-cv-00875-DC-DMC (PC)

12                 Plaintiff,

13          v.                                  ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS AND DISMISSING
14    JEFF LYNCH, et al.,                       THIS ACTION

15                 Defendants.                  (Doc. No. 32)

16

17          Plaintiff Adam Randolph Powell is a state prisoner appearing *pro se* and *in forma*

18    *pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred

19    to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On January 16, 2025, the assigned magistrate judge issued findings and recommendations

21    recommending this action be dismissed, without prejudice, due to Plaintiff's failure to prosecute

22    this action and failure to comply with a court order. (Doc. No. 32.) Specifically, Plaintiff has

23    failed to comply with the court's order dated November 8, 2024, in which Plaintiff's complaint

24    was dismissed due to his failure to state a cognizable claim and Plaintiff was directed to file a first

25    amended complaint within thirty days. (Doc. No. 31.) Plaintiff did not thereafter file a first

26    amended complaint. The pending findings and recommendations were served on the parties and

27    contained notice that any objections thereto were to be filed within fourteen (14) days after

28    service. (Doc. No. 32 at 2.) To date, no objections to the findings and recommendations have

                                                  1

1   been filed, and the time in which to do so has now passed.

2        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

3   *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

4   findings and recommendations are supported by the record and by proper analysis.

5        Accordingly:

6   1.   The findings and recommendations issued on January 16, 2025 (Doc. No. 32) are

7        ADOPTED in full;

8   2.   This action is DISMISSED, without prejudice, due to Plaintiff's failure to

9        prosecute this action and failure to comply with a court order; and

10  3.   The Clerk of the Court is directed to close this case.

13       IT IS SO ORDERED.

14  Dated:   **April 3, 2025**

    Dena Coggins
    United States District Judge

2