IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RANDOLPH POWELL,<br><br>  Plaintiff,<br><br>  v.<br><br>MOIRARA, et al.,<br><br>  Defendants. | No.  2:23-CV-0875-DC-DMC-P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to re-open this case and for an extension of time to file a first amended complaint.  See ECF No. 35.  Plaintiff has filed a separate declaration in support of his motion.  See ECF No. 36.

On November 8, 2024, the Court directed Plaintiff to file an amended complaint within 30 days.  See ECF No. 31.  Plaintiff had been warned that failure to file an amended complaint may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 110.  As of January 16, 2025, Plaintiff had not complied, and the undersigned issued findings and recommendations that this action be dismissed without prejudice for lack of prosecution and failure to comply with court rules and orders.  See ECF No. 32.  The findings and recommendations were adopted in full on April 4, 2025, see ECF No. 33, and final judgment was entered the same day, see ECF No. 34.

In his motion and declaration, Plaintiff states that he submitted his first amended complaint to prison officials at Kern Valley State Prison in December 2024, but that the document was not sent to the Court. See ECF Nos. 35 and 36. Plaintiff describes other difficulties received and sending mail at Kern Valley State Prison beginning in August 2024 upon his transfer to that institution. See id. Good cause appearing therefor, the Court will recommend that Plaintiff's motion to re-open be granted, that the matter be re-opened, and that Plaintiff be granted an extension of time to file his first amended complaint as previously directed.

Based on the foregoing, the undersigned recommends as follows:

1. Plaintiff's motion to re-open and for an extension of time, ECF No. 35, be GRANTED.

2. This matter be re-opened.

3. Plaintiff be granted an extension of time to file a first amended complaint.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the court.  Responses to objections shall be filed within 14 days after service of objections.  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 8, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE