1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| ADAM RANDOLPH POWELL, | No. 2:23-cv-00875-DC-DMC (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| MOIRARA, et al., | |
| Defendants. | (ECF Nos. 35, 37) |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 9, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. (ECF No. 37.) No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed July 9, 2025, ECF No. 37, are adopted in full.

2. Plaintiff's motion to re-open and for an extension of time, ECF No. 35, is granted.

3. The final judgment issued on April 4, 2025, ECF No. 34, is vacated and the Clerk of the Court is directed to re-open this case.

4. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

5. This matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   **August 7, 2025**

_____
Dena Coggins
United States District Judge