IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM POWELL,**<br><br>                          Plaintiff,<br><br>         v.<br><br>**LYNCH ET AL.,**<br><br>                          Defendants. | Case No. 2:23-cv-0875-DC-DMC-P<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION FOR AN EXTENSION OF TIME TO FILE AND SERVE A RESPONSIVE PLEADING** |

   Defendants Moreira and Lively filed an Application for an Extension of Time to File and Serve a Responsive Pleading. <u>See</u> ECF N. 44.  Having read and considered the Application and its attachments, good cause exists to grant it based on counsel's declaration indicating the need for additional time due to an impacted case schedule.  The deadline for Defendants Moreira and Lively to file and serve a responsive pleading is hereby extended to January 14, 2026.

Dated:  December 16, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1